IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOMINGO DOMINGUEZ,

    Plaintiff,

v.

HOME SAVINGS OF AMERICA, *et al.*,

    Defendants.

                                 /

No. C 12-2107 SI

**ORDER GRANTING UNOPPOSED MOTION TO STAY AND SETTING STATUS CONFERENCE FOR JUNE 15, 2012 AT 2:30 P.M.**

      The FDIC as Receiver for Home Savings of America removed this case from the state appellate court on April 26, 2012. Pursuant to 12 U.S.C. § 1821(d)(12), the FDIC has filed a motion to stay this case up to and including May 24, 2012. No party has opposed the stay, and accordingly the Court GRANTS the FDIC's motion. Docket No. 2.

      Plaintiff has filed an objection to the FDIC's removal of this case, asserting that removal was improper because the state court action was pending on appeal at the time of removal. The Court shall hold a case management conference on June 15, 2012 at 2:30 p.m. At the conference, the parties shall be prepared to discuss (1) whether removal was proper under 12 U.S.C. § 1819(b)(2)(A) & (B), and (2) if removal was proper, a proposed case management plan for this case. *See generally F.D.I.C. v. Letterman Bros.*, 980 F.2d 1298 (9th Cir. 1992); *In re Meyerland Co.*, 960 F.2d 512, 520 (5th Cir. 1992) (en banc). The parties shall file a joint case management statement on June 8, 2012.

    **IT IS SO ORDERED.**

Dated: May 15, 2012

                                                                SUSAN ILLSTON
United States District Judge